*Vinson* and *Beatrice Rosenberg* for the United States.

No. 135.   JONES *v.* UNITED STATES; and

No. 223.   MITTELMAN *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *Herbert Monte Levy* for petitioner in No. 135.   *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States in both cases.   Reported below: 374 F. 2d 414.

No. 138.   BLANE *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.   *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 151.   ZWICK ET AL. *v.* FREEMAN, SECRETARY OF AGRICULTURE, ET AL.   C. A. 2d Cir.   Certiorari denied. *Arthur Slavin* for petitioners.   *Solicitor General Marshall, Acting Assistant Attorney General Eardley, Morton Hollander* and *Harvey L. Zuckman* for respondents.

No. 156.   AKINS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.   *W. S. Moore* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 159.   B & L FARMS CO. ET AL. *v.* UNITED STATES. C. A. 5th Cir.   Certiorari denied.   *William Gresham Ward* for petitioners.   *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Crombie J. D. Garrett* for the United States.

No. 160.   D. R. SMALLEY & SONS, INC. *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.   *Donald A. Moon* for petitioner.   *Solicitor General Marshall, Acting Assistant Attorney General Eardley* and *Morton Hollander* for the United States.

No. 165.   KROL *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   *George F. Callaghan* and *Julius*